# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT W CHILDREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:22-CV-138 AMM |
| | ) |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

On May 24, 2022, the court stayed this case pending the Eleventh Circuit's decision in *Hunstein v. Preferred Collection and Management Services, Inc*. *See* Doc. 13. The order directed the parties to file a joint status report within fourteen (14) days of the Eleventh Circuit's decision. *Id*. The Eleventh Circuit issued its decision on September 8, 2022. *See Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 48 F.4th 1236 (11th Cir. 2022).

On October 5, 2022, the court directed the parties to file a joint status report within three (3) days updating the court on the status of the matter. *See* Doc. 14. The parties have not complied with either order. Accordingly, Plaintiff Robert W Childree is **ORDERED** to show cause in writing within **FOURTEEN (14) DAYS**

1

2

of the issuance of this order why his case should not be dismissed for failure to comply with the court's orders.

**DONE** and **ORDERED** this 13th day of October, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**DONE** and **ORDERED** this 13th day of October, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE