FILED

2022 Nov-01  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT W CHILDREE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:22-CV-138 AMM** |
| | ) | |
| **RADIUS GLOBAL SOLUTIONS, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This case was removed to this court from the District Court of Jefferson County, Alabama. Doc. 1. This case was stayed after a question was raised about this court's subject matter jurisdiction, which question was expected to be resolved by a decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (11th. Cir.). *See* Doc. 13. Following that decision, the parties agree that this case must be remanded. Doc. 16. Accordingly, this case is **REMANDED** to the District Court of Jefferson County, Alabama. The Clerk of Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 1st day of November, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE